THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM C. PARKER, PLAINTIFF IN ERROR.

Submitted December 9, 1912—Decided April 24, 1913.

On error to the Supreme Court, whose opinion is reported in 54 *Vroom* 172.

For the defendant in error, *William T. Boyle.*

For the plaintiff in error, *Albert S. Woodruff.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, JJ. 8.

*For reversal*—PARKER, MINTURN, WHITE, JJ. 3.